**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TEHAMA-COLUSA CANAL AUTHORITY, | ) |
| | ) |
| Plaintiff, | ) Case No. 1:10-cv-00712-OWW-DLB |
| | ) |
| v. | ) **ORDER GRANTING** |
| | ) **JOINT MOTION FOR EXTENSION** |
| UNITED STATES DEPARTMENT OF | ) **OF TIME TO FILE DISAPPROVALS** |
| THE INTERIOR; KENNETH LEE SALAZAR, | ) **TO PROPOSED FINDINGS OF** |
| in his official capacity as Secretary of the Interior; | ) **FACT AND CONCLUSION OF LAW** |
| UNITED STATES BUREAU OF | ) |
| RECLAMATION; MICHAEL L. CONNOR, | ) |
| in his official capacity as the Commissioner | ) |
| of Reclamation, and DONALD R. GLASER, | ) |
| in his official capacity as Regional Director of the | ) |
| Bureau of Reclamation for the Mid-Pacific Region, | ) |
| | ) |
| Defendants, | ) |
| | ) |
| SAN LUIS & DELTA-MENDOTA WATER | ) |
| AUTHORITY | ) |
| | ) |
| Defendant Intervenor, | ) |
| | ) |
| WESTLANDS WATER DISTRICT | ) |
| | ) |
| Defendant Intervenor. | ) |

This matter came before the Court on June 22, 2011. Having considered the motion,

IT IS HEREBY ORDERED that the Joint Motion For Extension Of Time To File Disapprovals To Proposed Findings Of Fact And Conclusion Of Law is GRANTED, and the parties shall have until July 12th to file their Disapprovals.

DATED: June 23, 2011                              /s/ OLIVER W. WANGER
                                                  United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com