1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEHAMA-COLUSA CANAL AUTHORITY, | ) |
| | ) |
| Plaintiff, | ) Case No. 1:10-cv-00712-OWW-DLB |
| | ) |
| v. | ) **ORDER GRANTING** |
| | ) **MOTION FOR EXTENSION** |
| UNITED STATES DEPARTMENT OF | ) **OF TIME TO FILE FORM OF** |
| THE INTERIOR; KENNETH LEE SALAZAR, | ) **JUDGMENT** |
| in his official capacity as Secretary of the Interior; | ) |
| UNITED STATES BUREAU OF | ) |
| RECLAMATION; MICHAEL L. CONNOR, | ) |
| in his official capacity as the Commissioner | ) |
| of Reclamation, and DONALD R. GLASER, | ) |
| in his official capacity as Regional Director of the | ) |
| Bureau of Reclamation for the Mid-Pacific Region, | ) |
| | ) |
| Defendants, | ) |
| | ) |
| SAN LUIS & DELTA-MENDOTA WATER | ) |
| AUTHORITY | ) |
| | ) |
| Defendant Intervenor, | ) |
| | ) |
| WESTLANDS WATER DISTRICT | ) |
| | ) |
| Defendant Intervenor. | ) |
| _____ | ) |

ORDER GRANTING MOTION FOR
EXTENSION OF TIME TO FILE FORM OF
JUDGMENT                                                                        CASE NO. 1:10-cv-00712-OWW-DLB

PDF created with pdfFactory trial version www.pdffactory.com

This matter came before the Court on the defendants' motion for extension of time to submit a form of judgment, as directed by the Court in the Memorandum Decision on Cross Motions for Summary Judgment and Motions to Strike. Doc. 97 at 88:14-16. Having considered the motion,

IT IS HEREBY ORDERED that the defendants' motion for extension of time to submit a form of judgment is GRANTED, and the defendants shall have until August 15, 2011, to file the form of judgment.

DATED: __August 10, 2011____

/s/ OLIVER W. WANGER_____
Honorable Oliver M. Wanger
United States District Judge

ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE FORM OF JUDGMENT                                        CASE NO. 1:10-cv-00712-OWW-DLB

PDF created with pdfFactory trial version www.pdffactory.com