IGNACIA S. MORENO
Assistant Attorney General
Environment and Natural Resources Division

DAVID GEHLERT, Colorado Bar No. 21852
Trial Attorney, U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
999 18th Street, South Terrace, Suite 370
Denver, CO 80202
Phone: (303) 844-1386
Fax:    (303) 844-1350
Email: david.gehlert@usdoj.gov

CHARLES R. SHOCKEY, D.C. Bar No. 914879
Trial Attorney, U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
501 "I" Street, Suite 9-700
Sacramento, CA 95814-2322
Phone: (916) 930-2203
Fax:    (916) 930-2210
Email: charles.shockey@usdoj.gov

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEHAMA-COLUSA CANAL AUTHORITY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES DEPARTMENT OF ) <br> THE INTERIOR; KENNETH LEE SALAZAR, ) <br> in his official capacity as Secretary of the Interior; ) <br> UNITED STATES BUREAU OF ) <br> RECLAMATION; MICHAEL L. CONNOR, ) <br> in his official capacity as the Commissioner ) <br> of Reclamation, and DONALD R. GLASER, ) <br> in his official capacity as Regional Director of the ) <br> Bureau of Reclamation for the Mid-Pacific Region, ) <br> ) | Case No. 1:10-cv-00712-OWW-DLB <br><br> **FINAL JUDGMENT** |

|   |   |
|---|---|
| Defendants, | ) |
|  | ) |
| SAN LUIS & DELTA-MENDOTA WATER AUTHORITY | ) |
|  | ) |
| Defendant Intervenor, | ) |
|  | ) |
| WESTLANDS WATER DISTRICT | ) |
|  | ) |
| Defendant Intervenor. | ) |
|  | ) |

This action came on for hearing before the Court, on June 2, 2011, Hon. Oliver W. Wanger, District Judge Presiding, on Cross Motions for Summary Judgment. The evidence presented having been fully considered, the issues having been duly heard and the Court's August 2, 2011 Memorandum Decision on Cross Motions for Summary Judgment (Docs. 52, 60, 62) and Motion to Strike (Doc. 77) (Doc. 99) having been duly rendered,

IT IS ORDERED AND ADJUDGED:

Judgment is entered against Plaintiff Tehama-Colusa Canal Authority and Plaintiff's member districts, and in favor of Federal Defendants and Defendant-Intervenors, on all of Plaintiff's claims for equitable, declaratory, and injunctive relief pursuant to the Administrative Procedures Act, 5 U.S.C. §§ 702, 703, 706(1), 706(2); the Declaratory Judgment Act of 1934, 28 U.S.C. §§ 2201-2202; and Federal Rule of Civil Procedure Rule 65(d).

IT IS SO ORDERED.

Dated: **September 6, 2011**          **/s/ Oliver W. Wanger**
                                                                    UNITED STATES DISTRICT JUDGE

FINAL JUDGMENT
CASE NO. 1:10-cv-00712-OWW-DLB                                              **2** | P a g e